# IN THE UNITED STATES DISTRICT COURT-EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 1 3 2016

JAMES W. McCORMACK, CLERK
By: _____
                        DEP CLERK

**RANDY WOOD,**

  Plaintiff,

VS     NO. 3:16cv349-DPM

**CARTER EXPRESS, INC. and**
**HUMBERTO MENDEZ,**

  Defendants.

---

## NOTICE OF REMOVAL BY DEFENDANTS CARTER EXPRESS, INC. AND HUMBERTO MENDEZ

---

The Defendants, Carter Express, Inc. and Humberto Mendez, by and through counsel and pursuant to 28 U.S.C. §§1332, 1441, and 1446, hereby file this Notice of Removal of the case originally filed in The Circuit Court of Saline County, Arkansas, docket number 63CV-16-906-3, styled *Randy Wood vs. Carter Express Inc. and Humberto Mendez*. The basis for removal is diversity of citizenship of the parties (28 U.S.C. 1332), as the Plaintiff is citizen of Arkansas, and the Defendant, Carter Express Inc. is a corporation incorporated under the laws of the State of Indiana with its principal place of business in Indiana; the Defendant Humberto Mendez is a resident of the State of Texas, and the amount in controversy, exclusive of interest and costs, exceeds the sum or value specified by 28 U.S.C. 1332(a). The Defendant Carter Express was served with process on November 21, 2016; the Defendant Humberto Hernandez was served on December 5, 2016. The process and pleadings served upon the Defendants in the above-referenced state court action (the Summons and Complaint) are attached hereto as Exhibit "A".

This case assigned to District Judge Marshall
and to Magistrate Judge Kearney

Respectfully submitted,

**McNABB, BRAGORGOS & BURGESS, PLLC**

By: _____
RICHARD SORIN #96157
Attorney for Carter Express and Humberto Mendez
81 Monroe, Sixth Floor
Memphis, Tennessee 38103
Telephone: (901) 624-0640
Fax: (901) 624-0650
rsorin@mbb-law.com

### CERTIFICATE OF SERVICE

This certifies that a copy of the foregoing has been served upon opposing counsel for all parties or all parties individually as follows,

Jessica Virden
1601 S. Broadway Street
Little Rock, Arkansas 72206

by placing a copy of same in the U.S. Mail, postage prepaid, on the 6th day of Dec, '16.

_____
RICHARD SORIN

2

IN THE CIRCUIT COURT OF SALINE COUNTY, ARKANSAS
3rd DIVISION

RANDY WOOD                                                                        PLAINTIFF

vs.                          Case # 63CV-16-906-3

CARTER EXPRESS INC                                                          DEFENDANTS
and HUMBERTO MENDEZ

## COMPLAINT

COMES NOW the Plaintiff, Randy Wood, by and through his undersigned attorneys, THE LAW OFFICES OF PETER A. MILLER, P.A., and for his complaint against Carter Express Inc and Humberto Mendez does allege, aver, and state:

### JURISDICTION and VENUE

1. At the time of the incident complained of, Plaintiff Randy Wood was a resident of Saline County, Arkansas, and was so at all times mentioned herein.

2. Defendant Carter Express Inc (Carter) is an Indiana Corporation. At all times relevant herein, Carter operated as a commercial motor carrier in the state of Arkansas. Upon information and belief, service may be had on Carter Express Inc by serving its registered agent, John Paugh, at 4020 West 73rd Street, Anderson, Indiana 46011.

3. Defendant Humberto Mendez (Mendez) is an individual residing at 169 Holly Avenue, Del Rio, Texas 76640. At all times relevant herein, Mendez was an employee of Carter, operating Carter's freight truck. Upon information and belief, service may be had on Mendez by serving him at his home address listed above.

4. The events giving rise to this cause of action occurred at mile marker 215.41 on interstate I-40 in Monroe County, Arkansas. The amount in controversy exceeds the minimum



for jurisdiction in circuit court, the Plaintiff is and was a resident of Saline County, Arkansas, at the time of the collision, and jurisdiction and venue are proper in this Court.

## FACTS

5. On or about September 2, 2014, at approximately 12:08 a.m., Defendant Mendez was traveling westbound on interstate I-40, near Brinkley, Monroe County, Arkansas, in a vehicle specifically described as a 2014 Volvo Tractor Trailer, VIN 4V4NC9EH4EN165029, owned by Carter. Mendez had pulled his tractor trailer off the interstate onto the shoulder to "take a restroom break."

6. At said time and place, Plaintiff was driving a vehicle traveling on Interstate 40 in the right, eastbound lane.

7. At said time and location, Defendant Mendez attempted to pull his tractor trailer back onto the interstate in front of the vehicle in which Plaintiff was driving, causing a collision.

8. At the time of the collision, Defendant Mendez was acting within the course and scope of his employment as a driver for Carter.

9. Defendant Mendez chose to negligently pull onto the shoulder of the interstate to urinate instead of taking the exit which was directly in front of his vehicle. Without looking and without signaling, Defendant Mendez pulled his truck back onto the interstate in front of Plaintiff's vehicle.

## CLAIMS and DAMAGES

10. Defendant Mendez is guilty of negligence which was the proximate and actual cause of the above described accident, such negligent acts being:

    a.    Failing to keep a lookout for other vehicles on the highway;

b.  Failing to keep the motor vehicle he was driving under proper control in order to avoid damaging himself and others on the road;

c.  Failing to reduce his speed, stop, or changes lanes to avoid a collision;

d.  Violating the applicable statutes of the State of Arkansas;

e.  Violating the applicable statutes of the United States of America; and

f.  Needlessly endangering the public in general and the Plaintiff specifically.

11. That as a direct and proximate result of the negligence and carelessness of Defendant Mendez, Plaintiff sustained severe personal injuries; as a result of this Plaintiff suffered physical injury, pain and mental distress, and incurred medical bills for treatment and care, and will continue to suffer pain, mental distress, and medical bills for treatment and care. Plaintiff also lost wages and lost a construction contract in excess of $1,000,000.00, causing him to default on a bank loan; lost his vehicle; lost his ability to do perform out of state construction; and incurred additional expenses related to the collision.

12. Mendez is liable in damages to the Plaintiff for all damages caused as a result of his negligence in an amount to be set by the jury in its sound discretion at trial.

13. Carter is liable for the negligent acts of Mendez pursuant to the doctrine of Respondeat Superior.

14. Plaintiff demands a jury trial.

WHEREFORE, Plaintiff requests this Court to grant him a jury trial and award him judgment against the Defendants in a sum which will reasonably compensate him for his past and future damages, for cost, interest, and attorney's fees, and for all other just and proper relief to which he may be entitled.

Respectfully submitted,

*Jessica Virden*

Jessica Virden, Ark. Bar # 2011050
THE LAW OFFICES OF PETER MILLER
1601 S. Broadway Street
Little Rock, Arkansas 72206
(501) 374-6300 (phone)
(501) 907-0661 (fax)
jvirden@petermillerlaw.com

**Law Offices of**
**Peter A. Miller, P.A.**
1601 South Broadway
Little Rock, Arkansas 72206



CERTIFIED MAIL

7015 0640 0006 1974 2707

Hasler
11/17/2016
US POSTAGE $09.13
ZIP 72206
011D11632304

Carter Express Inc
c/o John Paugh
4020 West 73rd Street
Anderson, IN 46011

46011-960920

IN THE CIRCUIT COURT OF SALINE COUNTY, ARKANSAS
3rd DIVISION

RANDY WOOD                                                              PLAINTIFF

vs.                          Case # C3CV-16-9063

CARTER EXPRESS INC                                                   DEFENDANTS
and HUMBERTO MENDEZ

**SUMMONS**

**THE STATE OF ARKANSAS TO DEFENDANT:**

CARTER EXPRESS INC
c/o John Paugh
4020 West 73rd Street
Anderson, Indiana 46011

    A lawsuit has been filed against you. The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it)-or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas-you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

    The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jessica Virden
    Law Offices of Peter Miller, P.A.
    1601 South Broadway
    Little Rock, AR 72206

    If you fail to respond with the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

_Myra Bono Sample_                       CLERK OF COURT
_[signature]_
(Signature of the Clerk or Deputy Clerk)

November 09, 2016
Date

(SEAL)

**PROOF OF SERVICE**

☐ I personally delivered the summons and complaint to the individual at _____(place) on _____(date); or

☐ I left the summons and complaint in the proximity of the individual by _____ after he/she refused to receive it when I offered it to him/her; or

☐ I left the summons and complaint at the individual's dwelling house of usual place of abode at _____(address) with _____(name), a person at least 14 years of age who resides there, on _____(date); or

☐ I delivered the summons and complaint to _____(name of individual), an agent authorized by appoint or by law to receive service of summons on behalf of _____(name of defendant) on _____(date); or

☐ I am the plaintiff or an attorney of record for the plaintiff in a lawsuit, and I served the summons and complaint on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

☐ I am the plaintiff or attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by first-class mail to the defendant together with two copies of a notice and acksnowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

☐ Other (specify): _____

☐ I was unable to execute service because: _____

My fee is $ _____

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____        SHERIFF OF _____
                             COUNTY, ARKANSAS

                             By: _____
                             (signature of server)


                             _____
                             (printed name, title, and badge number)

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date: _____     By: _____
                                           [Signature of server]

                                         _____
                                         [Printed name]

Address: _____

_____

Phone: _____

Subscribed and sworn to before me this date: _____

                                         _____
                                         Notary Public

My commission expires: _____

Additional information regarding service or attempted service:

_____

_____