# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

RANDY WOOD                                                    PLAINTIFF

v.                      No. 3:16-cv-349-DPM

CARTER EXPRESS, INC. and
HUMBERTO MENDEZ                                              DEFENDANTS

## ORDER

Wood's voluntary motion to dismiss, № 27, is granted. The Court will dismiss the case without prejudice. Defendants' motion, № 16, is denied as moot.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 March 2018