IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RANDY WOOD                                                                PLAINTIFF

v.                              No. 3:16-cv-349-DPM

CARTER EXPRESS, INC. and
HUMBERTO MENDEZ                                                      DEFENDANTS

## JUDGMENT

The complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 March 2018